**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TVPX ARS INC., a Wyoming Corporation, as Securities Intermediary,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:26-cv-05971-SRM-DMKx<br><br>Judge: Hon. Serena R. Murillo<br><br>**ORDER GRANTING JOINT STIPULATION AND MOTION FOR ORDER DISMISSING LAWSUIT WITH PREJUDICE**<br><br>***[Filed concurrently with Joint Stipulation]*** |

Pursuant to the Parties' Joint Stipulation and Motion for Order Dismissing Lawsuit with Prejudice, good cause appearing, the Court HEREBY ORDERS that the above-captioned lawsuit, including all claims that were or could have been asserted therein, is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: September 30, 2026

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE